SCOTT L. ADKINS
California Bar No. 194809
561 S.E. Third Avenue
Pompano Beach, FL 33060
(954) 242-6974
leather1@gmail.com

Attorney for Plaintiff-Movant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NICHOLAS TIRABASSI,<br><br>        Plaintiff,<br><br>  vs.<br><br>CHASE HOME FINANCE, LLC, et al.<br><br>        Defendant(s). | Case No.:<br><br>**PLAINTIFF'S EMERGENCY MOTION FOR EX-PARTE TEMPORARY RESTRAINING ORDER**<br><br>**DATE:  TBD**<br>**TIME:   TBD**<br>**DEPT:  TBD**<br><br>Judge:   The Honorable Andre Birotte, Jr.<br>Dept:    (department number)<br>Action Filed:  July 7, 2016<br>Trial Date:  Unassigned<br><br>IMMEDIATE HEARING REQUESTED |

      COMES NOW Plaintiff, Nicholas Tirabassi ("Tirabassi") and moves under Rule 65 of the Federal Rules of Civil Procedure and seeks a temporary restraining order against defendant Deutsche Bank, the current owner and holder of Plaintiff's mortgage and deed of trust. Additionally, Tirrabassi seeks that the TRO will restrain any agents of Deutsche Bank.  Plaintiff seeks this TRO to preserve the status quo in this action. On August 5th or 6th, 2015, Deutsche Bank's agent, Quality Loan Service Corporation ("QLS") filed a Notice of Default in the county public records. The sale is set for **tomorrow, July 8, 2016**.

**CIRCUMSTANCES CONSTITUTING AN EMERGENCY—LACK OF NOTICE**

The emergency nature of Tirabassi's application stems from the total lack of notice Tirabassi or his attorney received from any defendant about tomorrow's sale. Tirabassi and his attorney only learned of the sale a few days ago when Tirabassi started getting solicited by real estate agents and lawyers regarding the scheduled sale. Only late yesterday evening was counsel able to confirm that the sale is indeed set for tomorrow. Differently put, neither Tirabassi nor his attorney heard anything from Deutsche Bank or SPS about the sale. Moreover, Tirabassi has pending with SPS an application for mortgage assistance or modification, and to date, Tirabassi has not been informed about the status of that application.

If defendants had given Tirabassi, or his counsel, the required 30-day notice of sale, this application and its accompanying Verified Complaint would have been filed weeks ago, and not on the eve of an unlawful and wrongful foreclosure sale.

**IMMINENT, IRREPARABLE HARM**

The imminent harm is clear from tomorrow's impending sale. The irreparable nature of the harm is that the subject matter involved is real property which, by any measure is unique, and its loss cannot be wholly remedied with simple money damages.

**SUBSTANTIAL LIKELIHOOD OF SUCCESS ON THE MERITS**

In a prior action involving this very matter, the Court denied defendants' motion to dismiss Tirabassi's claims for breach of contract; breach of implied contract; violations of the Fair Debt Collection Practices Act; and the Rosenthal Act. *See Tirabassi v. JP Morgan Chase, N.A.*, et al., Case No. 2:14-cv-08790-BRO-SS [D.E. 34] (C.D. Cal., filed Mar. 24, 2015) (attached as Exhibit A). The Court, in its order ruling on Defendants' motions to dismiss denied that motion with respect to Tirabassi breach of implied contract, and in dismissing Tirabassi's claim for declaratory judgment, noted in footnote 12 of its order that

Tirabassi could seek injunctive relief under Anderson, 2013 WL 1629066, at *2-3. *See* Order [D.E. 34, p.17, fn.12]. With their Notice of Default and threatened sale, Defendants seek to intrude upon the Court's jurisdiction and take full advantage of their breaching the implied contract with Tirabassi. In order to preserve the status quo and to relieve Tirabassi of the need to sue also for wrongful foreclosure, and given the unique nature of real property, a TRO should issue for ten days to allow service of all papers. On these facts, the Court should temporary enjoin, for ten days, tomorrow's impending, unlawful, and unnoticed sale of Tirabassi's property.

### EFFORTS TO NOTIFY DEFENDANTS-RESPONDENTS

In an effort to apprise defendants/respondents of the nature of this requested relief, Tirabassi's counsel has served by e-mail all defense counsel of record from the prior cases in this matter, which were dismissed without prejudice, *Tirabassi v. Chase Home Finance, LLC, et al.*, 2:15-cv-09467-AB-SS; and 2:14-cv-08790-BRO, which are identified in the Notice of Related Cases, filed along with this application. In any event, the counsel notified via e-mail are the following and were sent the Verified Complaint; this Application, and its exhibit; along with all other papers filed on the Court's docket today:

| | | |
|---|---|---|
| **Matthew B Nazareth**<br>Locke Lord LLP<br>300 South Grand Avenue Suite 2600<br>Los Angeles, CA 90071<br>213-485-1500<br>213-485-1200 (fax)<br>mnazareth@lockelord.com<br> Assigned: 04/08/2015<br> ATTORNEY TO BE NOTICED | representing | **Deutsche Bank National Trust Company**<br>*(Defendant)* |
| | | **Select Portfolio Servicing, Inc. (SPS)**<br>*(Defendant)* |
| | | **US National Bank Association**<br>*(Defendant)* |

| | | |
|---|---|---|
| **Conrad V Sison**<br>Locke Lord LLP<br>300 South Grand Avenue Suite 2600<br>Los Angeles, CA 90071<br>213-485-1500<br>213-485-1200 (fax)<br>csison@lockelord.com<br>  Assigned: 02/13/2015<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **Deutsche Bank National Trust Company**<br>*(Defendant)* |
| **Robin H Jung**<br>**Dykema Gossett LLP**<br>**333 South Grand Avenue Suite 2100**<br>**Los Angeles, CA 90071**<br>**213-457-1800**<br>**213-457-1850 (fax)**<br>**rjung@dykema.com**<br>  Assigned: 03/11/2016<br>  ATTORNEY TO BE NOTICED | representing | **Chase Home Finance, LLC**<br>**(Defendant)** |
| | | **JP Morgan Chase Bank, N.A.**<br>**(Defendant)** |
| **Lukas Sosnicki**<br>**Dykema Gossett LLP**<br>**333 South Grand Avenue Suite 2100**<br>**Los Angeles, CA 90071**<br>**213-457-1800**<br>**213-457-1850 (fax)**<br>lsosnicki@dykema.com<br>  Assigned: 03/14/2016<br>  LEAD ATTORNEY<br>  ATTORNEY TO BE NOTICED | representing | **Chase Home Finance, LLC**<br>**(Defendant)** |

DATED: July 7, 2016

                                                *Scott L. Adkins*
                                                Scott L. Adkins
                                                California Bar No. 194809
                                                561 S.E. Third Avenue
                                                Pompano Beach, FL 33060
                                                (954) 242-6974
                                                leather1@gmail.com