UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No.:   CV 16-04979-AB (SSx) | Date:   August 8, 2016 |

Title:   *Nicholas Tirabassi v. Chase Home Finance LLC et al,*

Present: The Honorable   **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | N/A |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Appearing | None Appearing |

**Proceedings:**   **[In Chambers] Order DENYING Motion for a Temporary Restraining Order**

Before the Court is Plaintiff Nicholas Tirabassi's ("Plaintiff") Motion for a Temporary Restraining Order (Dkt. No. 9), filed on August 8, 2016.   Therein, Plaintiff seeks a 10-day stay of the foreclosure sale of his home, which he states is scheduled for August 9, 2016.   Plaintiff previously filed an application for a TRO, on July 7, 2016, when he filed the Complaint.   The Court denied that first application on July 8, 2016.   *See* Order, Dkt. No. 8.   The Court incorporates that Order herein by reference, and **DENIES** the instant application for the same reasons stated therein.

**IT IS SO ORDERED.**