JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

Nicholas Tirabassi

Case No.  CV 16-04979 AB (SSx)

11

Plaintiff,

12

v.

ORDER OF DISMISSAL FOR
LACK OF PROSECUTION WITHOUT
PREJUDICE

13

Chase Home Finance LLC et al

14

Defendants.

15

(PURSUANT TO LOCAL RULE 41)

16
17
18
19
20
21

On October 11, 2016, the Court issued an Order to Show Cause why this case should not be dismissed for lack of prosecution.  A written response to the Order to Show Cause was ordered to be filed no later than October 26, 2016.  No response having been filed to the Court's Order to Show Cause,

22
23
24

IT IS ORDERED AND ADJUDGED that the above-entitled case is dismissed, without prejudice, for lack of prosecution and for failure to comply with the orders of the Court, pursuant to Local Rule 41.

25
26

Dated:  November 1, 2016

27

_____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT COURT JUDGE

28

1.